UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES MOONEY and BEVERLY MOONEY, individually and on behalf of all Others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SELECTIVE INSURANCE COMPANY OF AMERICA, and SELECTIVE INSURANCE COMPANY OF SOUTHEAST,<br><br>Defendants. | Civil Action No.: 2:15-cv-01865<br><br>**ORDER ADMITTING MARY K. FORTSON, ESQ., *PRO HAC VICE*** |

This matter having been brought before the Court by Merlin Law Group, P.A., attorneys for Plaintiffs for an Order allowing Mary K. Fortson, Esq., to appear and participate in this action *pro hac vice* (D.E. 3) and Defendants having consented to the relief requested herein by and through the counsel, and the Court having considered this matter pursuant to L. Civ. R. 101.1(c), and it appearing to the Court that the entry of this Order is desirable for the efficient processing of this action, and for good cause shown;

IT IS on this 9th day of April, 2015,

**ORDERED** that Mary K. Fortson, Esq., a member of the Bar of the State of Florida, be and is hereby permitted to appear *pro hac vice*, in the above-captioned action pursuant to L. Civ. R. 101.1(c); and it is

**FURTHER ORDERED** that Mary K. Fortson, Esq., shall notify this Court immediately if any matter arises which affects his standing before the Bar of any Court to which she has been admitted to practice; and it is

**FURTHER ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Merlin Law Group, P.A. attorneys of

record for Plaintiffs, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is

**FURTHER ORDERED** that Mary K. Fortson, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is

**FURTHER ORDERED** that Mary K. Fortson, Esq., shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is

**FURTHER ORDERED** that Mary K. Fortson, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey including, without limitation, the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys and shall submit to the jurisdiction of this Court for punishment.

_____
HON. STEVEN C. MANNION, U.S.M.J.