UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES MOONEY and BEVERLY MOONEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SELECTIVE INSURANCE COMPANY OF AMERICA, and SELECTIVE INSURANCE COMPANY OF SOUTHEAST,<br><br>Defendants. | Civil Action No. 2:15-cv-01865 |

[PROPOSED] ORDER

**THIS MATTER**, having been opened to the Court by Robert Trautmann, Esq. of Merlin Law Group, P.A., counsel for Plaintiffs, in Motion for Pro Hac Vice Admission [D.E. 4] and the Court having considered the Certifications of counsel for the *pro hac vice* admission of Robert J. Neary, it is hereby ORDERED that:

1. Robert J. Neary is hereby admitted *pro hac vice* to appear in this matter on behalf of Plaintiffs;

2. Robert J. Neary is required to abide by the rules of this Court and the rules governing the courts of the State of New Jersey including all disciplinary rules;

3. Robert J. Neary consents to the appointment of the Clerk of the Court as agent upon whom service of process may be made for all actions against the attorney for the attorney's firm that may arise out of the attorney's standing at the bar of any other court;

4. Robert J. Neary is hereby required to notify the Court of any matter affecting his standing at the bar of any court;

5. Robert J. Neary shall have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in this State, who shall be held responsible for him, and for the conduct of the cause of the attorney admitted *pro hac vice*;

6. Robert J. Neary shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3) as amended, within 20 days from the date of entry of this Order; and

7. Robert J. Neary shall comply with the obligations of any attorney admitted to practice in this Court and shall make payment to the New Jersey Lawyers' Fund for client protection as provided by New Jersey Court Rule 1:28-2(a).

Dated: 4/9/2015

HONORABLE SUSAN D. WIGENTON
STEVEN C MANNION, USMJ

9