## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHARLES MOONEY and BEVERLY MOONEY,
individually and on behalf of all others similarly
situated,

       Plaintiffs,

vs.                                                                                     Civil Action No. 2:15-cv-01865

SELECTIVE INSURANCE COMPANY OF
AMERICA, and SELECTIVE INSURANCE
COMPANY OF SOUTHEAST,

       Defendants.
_____/

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss the above-captioned action without prejudice. Plaintiffs have filed this notice of dismissal with the Clerk of the United States District Court, District of New Jersey, before Defendants served an answer or motion for summary judgment.

Respectfully submitted this 11th day of June, 2013.

By: /s/ Robert T. Trautmann
William F. Merlin, Jr., Esq.
wmerlin@merlinlawgroup.com
Mary E. Fortson, Esq. (admitted *pro hac vice*)
mfortson@merlinlawgroup.com
Robert T. Trautmann, Esq.
rtrautmann@merlinlawgroup.com
Charles R. Mathis IV, Esq.
cmathis@merlinlawgroup.com
MERLIN LAW GROUP, P.A.
777 South Harbour Island Blvd., Suite 950
Tampa, FL 33602
Telephone: (813) 229-1000
Fax: (813) 229-3692

Adam M. Moskowitz, Esq. (admitted *pro hac vice*)
amm@kttlaw.com

Rachel Sullivan, Esq. (admitted *pro hac vice*)
rs@kttlaw.com
Robert J. Neary, Esq. (admitted *pro hac vice*)
rn@kttlaw.com
KOZYAK, TROPIN, & THROCKMORTON LLP
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Telephone:  (305) 372-1800
Facsimile:   (305) 372-3508

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2015, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

   *s/s  Robert T. Trautmann*